37004. WILLIAMS, Revenue Commissioner *v.* SUPERIOR PINE PRODUCTS COMPANY.

GARDNER, Presiding Judge. This case involves the same parties and the same question involved in *Williams* v. *Superior Pine Products Company, ante.* The decision rendered in that case is controlling here.

*Judgment reversed. Felton, C. J., Carlisle, Quillian and Nichols, JJ., concur. Townsend, J., dissents.*

DECIDED MARCH 10, 1958—REHEARING DENIED APRIL 3, 1958.

*Eugene Cook,* Attorney-General, *Ben F. Johnson, Jr., Hugh Gibert,* Deputy Assistant Attorneys-General, for plaintiff in error. *Smith, Tillman & Brice, B. Lamar Tillman,* contra.

TOWNSEND, Judge, dissenting. See dissent in *Williams* v. *Superior Pine Products Company, ante.*